IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| BOBBY EARL SYKES, #874018 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-06-367 |
| | § | |
| NATHANIEL QUARTERMAN, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Corrections Institutions Division | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED**.

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 19th day of July, 2006.

_____

Samuel B. Kent
United States District Judge